HARRY NEWBORN, Appellant, v. UNION NAVIGATION COMPANY, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the burden was on the defendant to meet the *prima facie* case made by the plaintiff. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance on the ground that there was no cause of action whatever proved by the plaintiff.

In the Matter of the Application of YOUNG WOMEN'S HEBREW ASSOCIATION and Others, Appellants, for an Order of Certiorari against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Respondents, and GELKOM REALTY CORPORATION, Intervenor, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LEWIS BARBER, Appellant, v. A. V. E. HOFFMAN, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance.

MEYER H. GREENE, a Bondholder and Beneficiary of a Trust Mortgage Held by THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Individually and as Successor Trustee, Suing on Behalf of Himself and All Other Bondholders and Beneficiaries Similarly Situated, Appellant, v. THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CAULDWELL-WINGATE COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., and O'Malley, J., dissent.

AUGUSTUS S. HOUGHTON and Others, Respondents, v. ALLIED BREWING AND DISTILLING COMPANY, INCORPORATED, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CLEMENS M. TOMASZEWSKI and Others, Plaintiffs, v. JOHN ZICHKO and Others, Defendants, and O. DAVID ERMINI, Appellant. MORRIS ROSENBLUM, Receiver, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., dissents on the ground there was no claim of fraud or collusion here. (See *Prudence Co.* v. *160 W. 73d St. Corp.*, 260 N. Y. 205.)

JEFFERSON TITLE AND MORTGAGE CORPORATION, Respondent, v. ELIZABETH B. DEMPSEY and Another, Appellants, Impleaded with Others.*— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Martin, J., dissents and votes to reverse and grant judgment for the defendants. [153 Misc. 32.]

GODFREY ABRAMS, Respondent, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

* Modfd., 266 N. Y. 190.